Ashley J. Sherwood, OSB No. 191044
asherwood@seyfarth.com
Dan W. Ballesteros, Admitted *Pro Hac Vice*
dballesteros@seyfarth.com
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
Telephone: (206) 946-4910
Facsimile: (206) 946-4901

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| FLOOR AND DECOR OUTLETS OF AMERICA, INC., a Delaware corporation, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> OREGON WORSTED COMPANY, an Oregon corporation, <br><br> Defendant and Counterclaim Plaintiff. | Case No. 3:24-cv-01262-AN <br><br> **STIPULATED MOTION TO MODIFY SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 16 and Local Civil Rules 16-3 and 29-1, Plaintiff Floor and Decor Outlets of America, Inc. and Defendant Oregon Worsted Company (collectively, the "Parties") hereby file this stipulated motion requesting that the Court modify the existing Scheduling Order in this matter, which was most recently modified on January 28, 2026. *See* ECF #29.

Under Federal Rule of Civil Procedure 16, a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Local Rules do not allow the "parties alone" to "stipulate to extend any … [d]eadline established by the case scheduling order." D. Or. L.R. 29-1(a). The Local Rules further require that "objections to any court imposed

STIPULATED MOTION TO MODIFY SCHEDULING ORDER – 1

deadline must be raised by motion and must: (1) Show good cause why the deadlines should be modified[;] (2) Show effective prior use of time[;] (3) Recommend a new date for the deadline in question[; and] (4) Show the impact of the proposed extension upon other existing deadlines, settings, or schedules." D. Or. L.R. 16-3(a).

On November 27, 2024, the Court entered a Scheduling Order, wherein deadlines were trigged based on the Court's decision on Plaintiff's Motion to Dismiss. *See* ECF #16. On January 28, 2026, the Court granted the Parties' Stipulated Motion to Extend Time for Completing Discovery (the "Order"), which was necessary to accommodate the scheduling of depositions and the completion of remaining discovery. *See* ECF #29. The Order imposed May 31, 2026, as the deadline to complete fact discovery, with other deadlines—such as expert discovery—to occur thereafter. *Id.*

The Parties have acted diligently and completed all fact discovery, with the exception of several depositions which had to be canceled due to deponents' unforeseen emergencies and are in the process of being rescheduled. Other deponents have been difficult to locate and require a short extension to serve with subpoenas. Therefore, the Parties request that the Court extend the discovery deadline for the Parties to complete these outstanding depositions, but not extend the deadline for all fact discovery. For clarity, the Parties agree that the following is an exhaustive list of all outstanding depositions (the "Remaining Deponents"):

- Howard Dietrich;

- Tripp Dietrich;

- Fed. R. Civ. P. 30(b)(6) designee of Oregon Worsted Company;

- Fed. R. Civ. P. 30(b)(6) designee of the City of Beaverton and/or Steve Regner and/or Dustin Cressy;

- Fed. R. Civ. P. 30(b)(6) designee of MC Construction Management, Inc., and/or Bill Cressy and/or Mike Kester; and

- Summer Zimmers.

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

Based on the foregoing, the Parties respectfully request that the scheduling deadlines be modified as follows:

| | |
|---|---|
| Deadline to Complete Fact Discovery (other than depositions of Remaining Deponents)[1] | May 31, 2026 |
| Complete Depositions of Remaining Deponents (the "Discovery Cutoff"): | July 29, 2026 |
| Discovery Motions: | 30 days after Discovery Cutoff |
| Expert Disclosures: | 45 days after Discovery Cutoff |
| Rebuttal Disclosures: | 30 days after Expert Disclosures |
| Deadline for Expert Discovery: | 60 days after Expert Disclosures |
| File All Dispositive Motions: | 120 days before trial |
| File Joint ADR Report: | 120 days before trial |
| File Proposed Pretrial Order: | 60 days before trial |

Due to the unforeseen personal emergencies and difficulty locating the Remaining Deponents, good cause exists for the Court to extend the deadline to depose the Remaining Deponents. Furthermore, the Parties effectively used their time to diligently progress and complete written discovery and other necessary depositions. The Parties will act diligently to complete these remaining depositions in the next 30 days and do not expect they will need to request an extension of the deposition deadline, absent witness exigent circumstances.

//

//

---

[1]    As explained the above, the Parties do not request an extension of discovery for anything other than the Depositions of Remaining Deponents, and thus this date remains May 31, 2026 as per the Court's previous scheduling order. *See* ECF #29.

STIPULATED MOTION TO MODIFY SCHEDULING ORDER – 3

Respectfully submitted this 1st day of July, 2026.

SEYFARTH SHAW LLP

By: *s/ Ashley J. Sherwood*

    Ashley Sherwood, OSB No. 191044
    Dan W. Ballesteros, Admitted *pro hac vice*
    999 Third Avenue, Suite 4700
    Seattle, WA 98104-4041
    Phone: (206) 946-4910
    Email: asherwood@seyfarth.com
    Email: dballesteros@seyfarth.com

    *Attorneys for Plaintiff and Counterclaim Defendant Floor and Decor Outlets of America Inc.*

FOREMAN STURM & THEDE LLP

By: *s/ Michael H. McGean*

    *(per email authorization on July 1, 2026).*
    Kyle A. Sturm, OSB No. 080214
    Brian L. Gingerich, OSB No. 920174
    Michael H. McGean, OSB No. 004734
    3519 NE 15th Avenue, Suite 489
    Portland, OR 97212
    Phone: (503) 206-5824
    Email: kyle.sturm@foremansturm.com
    Email: brian.gingerich@foremansturm.com
    Email: michael@foremansturm.com

    *Attorneys for Defendant Oregon Worsted Company*

STIPULATED MOTION TO MODIFY SCHEDULING ORDER – 4

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2026, I served the foregoing **STIPULATED MOTION TO MODIFY SCHEDULING ORDER** on the persons listed below by the means indicated:

Kyle A. Sturm, OSB No. 080214
Brian L. Gingerich, OSB No. 920174
Michael H. McGean, OSB No. 004734
FOREMAN STURM & THEDE LLP
3519 NE 15th Avenue, Suite 489
Portland, OR 97212
Email: kyle.sturm@foremansturm.com
Email: brian.gingerich@foremansturm.com
Email: michael@foremansturm.com
Email: brittany@foremansturm.com
*Attorneys for Oregon Worsted Company*

☒    by electronic means through the Court's ECF System on the date set forth above.

☐    by mailing a full, true, and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Seattle, Washington on the date set forth above.

☒    by emailing to each of the foregoing a copy thereof to the email address(es) listed above.

 *s/ Ankita Das*
Ankita Das, Legal Assistant
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104
Phone: (206) 946-4910
Email: ankitadas@seyfarth.com

STIPULATED MOTION TO MODIFY SCHEDULING ORDER – 5

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910